UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EARL C. GILBERT, JR
PLAINTIFF,

CASE NO#
42 U.S.C. § 1983
Civil Rights Complaint

26-cv-341-jdp

FILED/REC'D
2026 APR 13 A 11:28
S. U.S. DISTCOURT
END OF WI

STATE OF WISCONSIN,
DEPARTMENT OF HEALTH SERVICES,
DIVISION OF CARE AND TREATMENT SERVICES,
KRISTEN L. JOHNSON, CINDEL SEC.
TRAVIS D. HOPKINS, JACKSON NEAL,
CO#, JANE DOE'S AND JOHN DOE'S)
"THEY ARE BEING SUED IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITY"
UNDER COLOR OF LAW
DEFENDANTS

THIS IS A CIVIL RIGHTS ACTION BROUGHT
PURSUANT TO 42 U.S.C. § 1983 to which
THE IS BROUGHT BY PLAINTIFF SE PRO SE
AGAINST THE DEFENDANTS PRO SE PARTIES
ACTS AND OMISSIONS DESCRIBED
IN SECTION TITLE 28 U.S.C § 1331
AND TITLE 42 U.S.C. § 1983

THIS IS ALSO BEING BROUGHT BY
PLAINTIFF IN THE ABOVE-ENTITLE
CASE FOR ACTS AND OMISSIONS
DESCRIBED IN STATE LAWS
WIS. 51.61 (7), AND 51.61 (A).(B) AND

and (c) - And also Wis. 46 - And 980 Stats.

Also, that's described in statutes in federal criminal codes and procedures under Title 18 U.S.C. § 241 & 242 and state... And federal codes and criminal violations... causing injuries to the plaintiff's person and property where in he is entitled by law to civilly and criminally redress..

### Jury Demanded

Pursuant to Wisconsin constitutional, article 1 sec. 5, plaintiff is entitled to have all facts put before a jury.

### Preliminary Restraining order and Injunction order

Based on my 1st, 8th, 13th, And 14th Amend. Civil Rights And the forth-going Civil Rights And this complaint, plaintiff entitled to a TRO/Injunction order on all claims against all parties/defendants.

-2-

## Jurisdiction

This Court shall have original jurisdiction prescribed in subsection Title 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

This Court shall have judicial jurisdiction pursuant to Article III Sec. 2 (1) Notice pursuant to (d) to Title U.S.C. § 1733 (6).

## Parties

1.) Carl S. Gilbert a Plaintiff, Pro Se in a Resident in the Community under an 980.146 and and to a Supervised Release at a Civil Commitment.

Carl S. Gilbert a
1124 E. Van Beck Ave.
Milwaukee, WI 53203

And under the Defendants custody and care.

2.) Department of Health Services, Kirsten Johnson (DHS) Sec. She has care and custody over (DHS) under Supervised Release in Wisconsin (Defendant)

Additional Defendants

Defendant - Winston Horton
Treatment Provider

Defendant - Jacklyn Aral
Supervised Release Case Manager

Defendant - Travis Coe
Supervised Release Program Director

Defendant - Nate Slick
Supervised Release Supervisor

Defendants: (John Does and Jane Does)
1 - to - 20 Defendants that's
Employees and work with (Doc) and
(Dhs) Supervised Release Justicepoint
Program that Doc and (Is) Still
Engage But in Denying me my
Constitutional Rights --

And their Civil Duties in Custody,
Safety and Care of Plaintiff.
Their Address (Location) is at:-

Justicepoint
Supervised Release
205 W. Highland Ave., Ste. 509
Milwaukee, WI. 53203

-4-

## Claim #1

Q: Carl C. Gilbert II, Am I a 980 Patient/ client that's on supervised release, with a two year stipulation to petition for discharge

## Claim #2

A: Carl C. Gilbert II, Am Been housing at an supervised release (S.R.) program at: or since (May 6, 2025) at:

1124 E. Van Beck Ave.
Milwaukee, WI. 53207

(414) 861-5602

Since I left Sand Ridge Secure Treatment Center

## Claim #3

From (May 6, 2025) Through About Early (August, 2025) my former case manager (Benjamin Williams) and (Doc) agent: William Dockett both felonily gave me their permission to send money to two women that's incarcerated and to have phone contact with them two,

AS WELL TO HAVE PHONE CONTACT WITH MY FAMILY MEMBERS AND FRIENDS.

CLAIM #4

ON OR AROUND (JULY/AUGUST, 2025) ALL OF THE PARTIES/DEFENDANTS HAD SEVERAL MEETING AND DISCUSSION ABOUT DENYING/REFUSING AND/OR HINDERING THE PPO FROM ACCEPTING PHONE CALL ME AND CALLING JOHN "WIFE-TO-BE" -- ELYSE THAT'S CLAN AND OTHER FRIENDS FROM ... REFUSING IN PRISON MEMBERS ALSO DENYING FROM ... SISTERS FAMILY BROTHER) ETC AND FRIENDS AND BECAUSE THE PERMISSION THAT WAS GIVEN TO ME WAS WRONG, I.

CLAIM #5

IN OR ABOUT (AUGUST, 2025) PP WAS TOLD I HAD TO FILL OUT THE PROPER CONTACT FORM AND I COULD NOT ACCEPT NO PHONE CALLS OR SEND NO MONEY THAT'S JE'LL THE COACH AND MY WIFE-TO-BE COULD NOT CALL ME, FAMILY OR FRIENDS

## Claim #6

I'VE BEEN DENIED, DELAYED, STOPPED, REFUSED AND HINDERED FROM GOING TO CHURCH, (LGBQT- PROGRAM) BEING DENIED. I'M ALSO BEING HINDERED TO BEEN GODWILL- AND CLOTHING (THRIFT) STORES. NOTHING BUT I'VE BEEN DOING SINCE I GOT ACTIVITY REQUESTED (MAY 6, 2025)

## Claim #7

FOR THE DEFENDANTS WITH EMPLOYEES (OR "STAFF") TRANSPORTATION COMPANY CLIENTS AT ALL TIMES SUPERVISED RELEASE (IT AND HAS NOT BEEN ABLE TO FACILITATE ME TO SCHEDULE MEDICAL AND NON-MEDICAL APPOINTMENTS (C.P.) AND CAUSING OR CLIENTS TO MISS OUR MEDICAL AND NON-MEDICAL SCHEDULE ~~XXXX~~ APPOINTMENT.

## Claim #8

CAUSING HARM, PAIN AND PUNISH-
MENT TO MY PERSON AND PROPERTY

## Claim #9

The following particular defendants is not following their own administrative laws, rules, their policies, and procedures for WIS. 46 policies 51 and 80 which they are court-of-living bonds by refusing to pay me money which is directly not buy my basic needs nothing.

## Claim #10

I'm being told that I cannot really buy/purchase writing supplies such as stamps and other things "hygienes items", etc.

## Claim #11

I'm not getting my cost-of-living and still being told what and when to purchase items such clothes, shoes, music, food, household items hygienes, etc., etc.,

## Claim #12

I'm being harassed, retaliated and being punished, contrary mistreated because I've been complaining and I been challenging

-8-

THEIR Ill-manner callous acts and ommission towards me - -

## Claim # 13

All parties / defendants are acting out of racial acts. discriminatory, and because I am convicted sex offender. Also out of callous, malicous, deliberate indifferance

## Claim # 14

In accordance to Wisconsin Administrative Code, Chapter DOC, uniforms and fees, the state of Wisconsin (DOC) (DHS) with the defendants and their employees have been and (is) forcing the plaintiff (Pro se) to give up and pay out his $1,077.78 (SSI) payments pay cost of living each month about $660.00 and utility Aid.

Leaving (me) The plaintiff's with almost nothing for each month.

## Claim # 15

Plaintiff is Questioning the defendant's and their employees being able to force the

-9-

PLAINTIFF, PRO SE TO PAY COST OF LIVING ½ THAT LARGE SUM $660.00 OR MORE EACH MONTH.

## Claim #16

THE PLAINTIFF IS AWARE OF THE STATE OF WISCONSIN, UNDER AN 980-CIVIL COMMITMENT ON A SUPERVISED RELEASE- STIPULATED FOR TWO YEARS

## Claim #17

THE PLAINTIFF IS BEING HARRASSED, PUNISHED, RETALIATED OR BEING REFUSED, DELAYED, DENIED, AND HINDERED BY THE DEFENDANT'S BY THEM DELAYING, REFUSING AND DENYING ME TO ATTEND CHURCH, LGBQT- COMMUNITY CENTERS, PARTNER IN NEED, AND TO BUY/ PURCHASE ITEM'S FOR (11) MONTHS AND/OR STILL NOT ABLE TO THIS DATE AND TIME BECAUSE ARE BEEN FILING COMPLAINTS AND TALKING TO MY 980 ATTORNEY.

-10-

# RELIEF REQUESTED

1.) Compensatory and Exemplary damages in the amount of $1,000.00 per each patient rights violation as permitted separately and jointly under Wis. Stat. § 51.61 (7) (b) against each defendants. Also as described in this Civil Rights Action. And under Title 18 U.S.C. § 242, § 241 and § 1001.

2.) Award of Mr. Gilbert A. Osts and relevant fees associated with the commencement and completion of this lawsuit as permitted under Wis. Stat. § 51.61 (7) (a), (b) and (c). Also, what is requested and permitted under constitutional rights and laws.

3.) Exemplary damages in the amount of 2.6 million dollars for each patients rights violated suffered as a result of defendants actions as permitted under Wis. Stat. § 51.61 (7) (a). Also under Title 28 U.S.C. § 1331, and Title 42 U.S.C. § 1983

4.) Compensatory damages in the amount of $10.4 million dollars for mental, emotional, psychological damages suffered as a result of defendants actions as permitted under Wis. Stats. § 51.61 (2)(a) and Title 28 U.S.C. § 1331 and 42 U.S.C. § 1983

5.) Also, respectfully requesting pro se, plaintiff attorney's fees, costs and all other reliefs this court deems

6.) The plaintiff respectfully ask the court to enjoin the justice point, etc.) the state of Wisconsin and (DOC) and (DHS) from using the any civil commitment and supervised release from prohibiting, precluding and denying the any constitutional rights or violating my safe guards

Submitted By:

Capt. C. Gilbert, II
1124 E. Van Beck Ave
Milwaukee, WI 53207
Plaintiff, Pro Se
(414) 861-5607

Dated: 4-8 , 2026

NOTARY

State of Wisconsin
County of Milwaukee
Acknowledged before me on 4/8/2026
by Carl C. Gilbert

Notary Public
Commission Expires. 10/21/2028

KEVIN ACOSTA HERNANDEZ
Notary Public
State of Wisconsin

- 13 -